# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**USA,**

       **Plaintiff,**

**v.**                                                                          **Case No:  8:13-cv-413-T-31DAB**

**MICHAEL L. CONE, JOANNE K. CONE, BANK OF AMERICA, CITY OF TAMPA, THERESA T. HUERTA, DAVID L. SMITH PROFESSIONAL SURVEYORS & MAPPERS, INC., U.S. EQUITY, LLC, CLEARGLASS, LLC, FLORIDA DEPARTMENT OF TRANSPORTATION, YODER & FREY AUCTIONEERS, INC., DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, CONSTRUCTION INDUSTRY LICENSING BOARD, FLORIDA DEPARTMENT OF REVENUE and CLERK OF THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY FLORIDA,**

       **Defendants.**

## ORDER

This cause comes before the Court on the Government's Motion for Entry of Default Judgment (Doc. No. 100), filed August 7, 2013.

On October 4, 2013, the United States Magistrate Judge issued a report (Doc. No. 114) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

      1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Motion for Default Judgment is **GRANTED.**  The Court finds that, pursuant to 26 U.S.C. § 7403(c), the United States' interest in the subject real property located at 5102 and 5032 Longfellow Avenue, Tampa Florida 33629 is superior to the claims and interests and – upon entry of a decree of sale in this action – said property shall be sold free and clear of the claims and interests of Defendants Joanne Cone; U.S. Equity, LLC; Department of Business and Professional Regulation, Construction Industry Licensing Board; David L. Smith Professional Surveyors & Mappers, Inc.; and Yoder and Frey Auctioneers, Inc., with the sales proceeds to be distributed in accordance with the findings of the Court.

3.      The Clerk is directed to enter default judgment in favor of the United States of America and against Defendants Joanne Cone; U. S. Equity, LLC; Department of Business and Professional Regulation, Construction Industry Licensing Board; David L. Smith Professional Surveyors & Mappers, Inc.; and Yoder & Frey Auctioneers, Inc. and thereafter terminate these Defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 22, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party